# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JUSTIN GALLOW                                    DOCKET NO. 6:24-cv-00364
      D.O.C. # 450866                           SECTION P

VERSUS                                           JUDGE S. MAURICE HICKS, JR.


MARCUS MYERS                                     MAGISTRATE JUDGE AYO


### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3rd day of December, 2024.

_____

UNITED STATES DISTRICT JUDGE